IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Rick Hines, as Heir and Representative of
the Estate of Frank Selsor, Deceased

Civil Case # 1:20-CV-1307-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further show the court as follows:

1.    Plaintiff/Deceased Party:

Frank D. Selsor (Deceased)

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Rick Hines, as Heir and Representative of the Estate of Frank D. Selsor

4.    Plaintiff's/Deceased Party's state of residence at the time of implant:

Missouri

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Missouri

6.  Plaintiff's/Deceased Party's current state of residence:

Missouri

7.  District Court and Division in which venue would be proper absent direct filing:

Western District of Missouri, Western Division

8.  Defendants (check Defendants against whom Complaint is made):

    ☒  Cook Incorporated

    ☒  Cook Medical LLC

    ☒  William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other: N/A

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        N/A

    b.  Other allegations of jurisdiction and venue:

        N/A

10. Defendants Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒  Günther Tulip® Vena Cava Filter

    ☐  Cook Celect® Vena Cava Filter

    ☐  Gunther Tulip Mreye

    ☐  Cook Celect Platinum

☐     Other: _____

11.     Date of Implantation as to each product:

December 8, 2017 _____

12.     Hospital(s) where Plaintiff was implanted (including City & State):

North Kansas City Hospital, North Kansas City, Missouri _____

13.     Implanting Physician(s):

Johnson Underwood, M.D. _____

14.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability – Failure to Warn

☒     Count II:     Strict Products Liability – Design Defect

☒     Count III:     Negligence

☒     Count IV:     Negligence Per Se

☒     Count V:     Breach of Express Warranty

☒     Count VI:     Breach of Implied Warranty

☒     Count VII:     Violations of Applicable MISSOURI (insert State) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

☒     Count X:     Survival

☒     Count XI:     Punitive Damages

☐     Other: _____ (please state the facts supporting this

Count in the space below)

_____

_____

RESPECTFULLY SUBMITTED this 12th day of June 2026.

**SIMON GREENSTONE PANATIER, P.C.**

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
TX Bar No. 24074864
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Email: Shreedhar.patel@sgptrial.com

*Attorney for Plaintiff*